**Order entered January 9, 2019**



**In The
Court of Appeals
Fifth District of Texas at Dallas**

### No. 05-18-00268-CR

### JOSHUA WILLIAM SUTHERBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-83201-2016**

### ORDER

We **REINSTATE** this appeal.

On January 3, 2019, the reporter's record from the hearing was filed containing the trial court's findings of fact. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, continues to be represented by appointed counsel Lara Bracamonte Davila; and (3) counsel will have a brief filed within 10 days.

We **ORDER** appellant's brief filed on or before January 19, 2019. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Lara Bracamonte Davila; and to the Collin County District Attorney.

/s/     CORY L. CARLYLE
          JUSTICE